David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT 84790
Tel. (435) 673-0790
Fax (435) 652-8269



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy Case No. 08-22315 WTT |
|---|---|
| BRENDA WAGNER | Chapter 7 |
| Debtor. | |

### DEPOSIT OF UNCLAIMED FUNDS

David C. West, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. That amount listed below represents unclaimed funds payable to the court pursuant to Bankruptcy Rule 3010.

2. The following check was issued to the creditor listed below in the amount specified. The check was not cashed and the Trustee has stopped payment on it:

   Check No. 107 dated 7/26/11    Westlake Financial Services, Inc.    $311.59
   C/o James H. Woodall
   10808 River Front Pkwy, Suite 175
   South Jordan, UT 84095

3. A check in the amount of $311.59, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 25th day of October, 2011.

David C. West, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 25th day of October, 2011.

U.S. Trustees Office
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

*David C. West*
David C. West